# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1295

_____

Mary J. Reha,                                             *
                                                         *
                   Appellant,                            *
                                                         *
          v.                                             *
                                                         *
Linda Jewett-Cooper; James A.                            *
Benzoni; Scott Duncan; Jack Bishop;                      *
George Bergerson; Robert A.                              *
Hutchinson; Preston Daniels; Steve                       *
Drane; Mary Van Horn; Ronald                             *
Wakeham; Rick Moody; Bruce                               *
Bergman; Vicky Long Hill; William       * Appeal from the United States
Moulder; Doug Philiph; Darren           * District Court for the Southern
Cornwell; Sean Wissink; Max             * District of Iowa.
Halverson; Robin Sprafka; Tracy         *
Rhoads; John Sarcone; Susan Cox;        *      [UNPUBLISHED]
Ralph E. Marasco; Michelle              *
Chenoweth; Bob Rice; Gregory            *
Brandt; Carol Egly; Cynthia Moisan;     *
Thomas Renda, Judge; Karen Ramano;      *
Arthur Gamble; J. D. Stoval; J. W.      *
Jordan; Marsha Ternus; Louis A.         *
Lavorato; Tom Miller; Vicky             *
Gonzalez; Pat Paxton; Kent Decker;      *
Mary Maloney; Lois Leary; Donna V.      *
Boetel-Baker; City of Des Moines,       *
Iowa; Jane Doe; John Doe,               *
                                                         *
                   Appellees.                            *

_____

Submitted:  March 7, 2002

Filed:  March 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Mary J. Reha appeals the district court's dismissal of Reha's civil action for failure to state a claim upon which relief may be granted.  Having carefully reviewed the record, we conclude dismissal was proper.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.